## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Pedro Suarez
                         Plaintiff,

v.                                       Case No.: 1:11−cv−04788
                                         Honorable Blanche M. Manning

City Of Chicago, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2011:

        MINUTE entry before Honorable Blanche M. Manning: To promote the speedy and just adjudication of this case, defendants' motion for more definite statement [17] is granted. The court believes the details requested by the City will be helpful. Amended complaint shall be filed no later than 11/18/2011. Defendants shall answer or otherwise plead by 12/9/2011. Status hearing set for 11/3/2011 is reset to 12/13/2011 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.